THE LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION
Joseph R. Manning, Jr., Esq. (SBN 223381)
Michael J. Manning, Esq. (SBN. 286879)
Phillip B. Nghiem, Esq. (SBN 291525)
Tristan P. Jankowski, Esq. (SBN 290301)
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
Tel.: (949) 200-8755
Fax: (866) 843-8308
Email: info@manninglawoffice.com
Attorneys for Plaintiff

Jacqueline Taylor

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE TAYLOR,<br><br>            Plaintiff,<br><br>vs.<br><br>CREDIT PROTECTION<br>ASSOCIATION, L.P.<br><br>            Defendant. | Case No.:  8:15-cv-01777-AE-JEM<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: Oct. 29, 2015 |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal herein.

Respectfully submitted,

DATED:  July 26, 2016

MANNING LAW, APC

By:  _/s/Michael J. Manning_____
Michael J. Manning
Attorneys for Plaintiff
Jacqueline Taylor